# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

(1) Arthur Copeland, et al.,

        Plaintiff(s)

vs.                                    Case Number:  17-cv-564-TCK-JFJ

(1) C.A.A.I.R., et al.,

        Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Simmons Foods, Inc.

[name of party]

who is a (check one) ☐ PLAINTIFF ☑ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☑ NO

2. **Does party have any parent corporations?**

   (Check one) ☐ YES ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☑ NO

   If YES, identify all such owners:

4.    **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify entity and nature of interest:

5.    **Is party a trade association?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 27th day of November , 20 17 .

| | |
|---|---|
| /s/Christopher S. Thrutchley | |
| Signature | |
| Christopher S. Thrutchley | 15859 |
| Printed Name | Bar Number |
| GableGotwals | |
| Firm Name | |
| 1100 ONEOK Plaza, 100 W. 5th St. | |
| Address | |
| Tulsa | OK | 74103` |
| City | State | ZIP |
| (918)595-4800 | (918)595-4990 |
| Phone | Fax |
| cthrutchley@gablelaw.com | |
| Email Address | |

# CERTIFICATE OF SERVICE

I hereby certify that on ___November 27, 2017___ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Brent A. Robinson
Carey A. James
Hallie Von Rock
Randall Aiman-Smith
Reed Marcy
Daniel Smolen
David Warta

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:


Name(s) and Address(es):


/s/Christopher S. Thrutchley
—————————————————————————
Signature