# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Arthur Copeland, et al.
   Plaintiff(s)

vs.               Case Number: 17-cv-564-TCK-JFJ

C.A.A.I.R., Inc., et al.
   Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:
  A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____
Defendant Christian Alcoholics & Addicts in Recovery (C.A.A.I.R., Inc.)
[name of party]

who is a (check one) ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

  (Check one)   ☐ YES    ☑ NO

2. **Does party have any parent corporations?**

  (Check one)   ☐ YES    ☑ NO

  If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

  (Check one)   ☐ YES    ☑ NO

  If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES  ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)  ☐ YES  ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 29th day of November, 2017.

| /s/Denelda Richardson | |
|---|---|
| Signature | |
| Denelda Richardson | 20103 |
| Printed Name | Bar Number |
| Rhodes Hieronymus Jones Tucker & Gable, PLLC | |
| Firm Name | |
| P. O. Box 21100 | |
| Address | |
| Tulsa | OK    74121 |
| City | State   ZIP |
| 918-582-1173 | 918-583-3390 |
| Phone | Fax |
| drichardson@rhodesokla.com | |
| Email Address | |

# CERTIFICATE OF SERVICE

I hereby certify that on  11/29/2017  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Daniel Smolen
David Warta
Hallie Von Rock
Randall Aiman-Smith
Carey James
Reed Marcy

Amy Stipe
Philip Hixon
Christopher Thrutchley
Justin Lollman
John David Russell
Brent Robinson

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service   ☐ In Person Delivery
☐ Courier Service       ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/Denelda Richardson
Signature