## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ARTHUR COPELAND, et al.** <br><br> **Plaintiffs,** <br><br> v. <br><br> **C.A.A.I.R., INC., a not-for-profit corporation, et al.,** <br><br> **Defendants.** | Case No. 17-CV-564-TCK-JFJ |

## ORDER

Now before the Court is Defendants' Unopposed Motion to Extend Deadline to File Reply (Doc. 72) filed by Simmons Foods, Inc. and Simmons Pet Food, Inc.

For good cause shown, the motion is hereby GRANTED. The Simmons Defendants shall file their Reply in support of their Motion to Strike Fraud Allegations by July 13, 2018.

IT IS SO ORDERED this 3rd day of July, 2018.

*Terence C. Kern*
TERENCE C. KERN
United States District Judge

{1838314;}