**Copeland v. CAAIR, et al.**
**Northern District of Oklahoma (4:17-cv-00564-TCK-JFJ)**

**INDEX OF DOCUMENTS PRODUCED TO PLAINTIFF BY CAAIR**

| DESCRIPTION | BATES NO. | RESPONSIVE TO INT/RFP NO. | DATE PRODUCED | CONFIDENTIAL |
|---|---|---|---|---|
| Shane Alexander client file | CAAIR.C 000001-000050 | RFP NO. 30 | 5/16/18 | No |
| Keith Alspaugh client file | CAAIR.C 000051-000088 | RFP NO. 30 | 5/16/18 | No |
| Pablo Angeles client file | CAAIR.C 000089-000192 | RFP NO. 30 | 5/16/18 | No |
| Jason Baker client file | CAAIR.C 000193-000264 | RFP NO. 30 | 5/16/18 | No |
| David Banks client file | CAAIR.C 000265-000312 | RFP NO. 30 | 5/16/18 | No |
| Robert Benkowich client file | CAAIR.C 000313-000380 | RFP NO. 30 | 5/16/18 | No |
| Craig Blue client file | CAAIR.C 000381-000441 | RFP NO. 30 | 5/16/18 | No |
| Jesse Brown client file | CAAIR.C 000442-000533 | RFP NO. 30 | 5/16/18 | No |
| Cody Bumpas client file | CAAIR.C 000534-000630 | RFP NO. 30 | 5/16/18 | No |
| Caleb Byrd client file | CAAIR.C 000631-000706 | RFP NO. 30 | 5/16/18 | No |
| Ryan Cole client file | CAAIR.C 000707-000762 | RFP NO. 30 | 5/16/18 | No |
| Steven Cook client file | CAAIR.C 000763-000821 | RFP NO. 30 | 5/16/18 | No |
| Arthur Copeland client file | CAAIR.C 000822-000864 | RFP NO. 30 | 5/16/18 | No |
| Joseph Cotrone client file | CAAIR.C 000865-000908 | RFP NO. 30 | 5/16/18 | No |
| Ryan Dorland client file | CAAIR.C 000909-000981 | RFP NO. 30 | 5/16/18 | No |
| Patrick Doyle client file | CAAIR.C 000982-001056 | RFP NO. 30 | 5/16/18 | No |
| Josh Foran client file | CAAIR.C 001057-001136 | RFP NO. 30 | 5/16/18 | No |
| Kelly Ford client file | CAAIR.C 001137-001177 | RFP NO. 30 | 5/16/18 | No |
| Kenneth Gentry client file | CAAIR.C 001178-001262 | RFP NO. 30 | 5/16/18 | No |
| Johnny Gilmore client file | CAAIR.C 001263-001330 | RFP NO. 30 | 5/16/18 | No |
| Scott Gladfelder client file | CAAIR.C 001331-001377 | RFP NO. 30 | 5/16/18 | No |
| Raphael Grajeda client file | CAAIR.C 001378-001448 | RFP NO. 30 | 5/16/18 | No |
| Charles Greenhaw client file | CAAIR.C 001449-001531 | RFP NO. 30 | 5/16/18 | No |
| Michael Greenhaw client file | CAAIR.C 001532-001582 | RFP NO. 30 | 5/16/18 | No |
| Clinton Harms client file | CAAIR.C 001583-001618 | RFP NO. 30 | 5/16/18 | No |
| Michael Harper client file | CAAIR.C 001619-001677 | RFP NO. 30 | 5/16/18 | No |

| DESCRIPTION | BATES NO. | RESPONSIVE TO INT/RFP NO. | DATE PRODUCED | CONFIDENTIAL |
|---|---|---|---|---|
| Michael Harrell client file | CAAIR.C 001678-001739 | RFP NO. 30 | 5/16/18 | No |
| Jackie Johnson client file | CAAIR.C 001740-001765 | RFP NO. 30 | 5/16/18 | No |
| Jarret Jones client file | CAAIR.C 001766-001825 | RFP NO. 30 | 5/16/18 | No |
| Ikaika Kamai client file | CAAIR.C 001826-001898 | RFP NO. 30 | 5/16/18 | No |
| Caleb Kleier client file | CAAIR.C 001899-001934 | RFP NO. 30 | 5/16/18 | No |
| Marquis Luckey client file | CAAIR.C 001935-001966 | RFP NO. 30 | 5/16/18 | No |
| Dexter MacKay client file | CAAIR.C 001967-002035 | RFP NO. 30 | 5/16/18 | No |
| Michael McCartney client file (2015) | CAAIR.C 002036-002066 | RFP NO. 30 | 5/16/18 | No |
| Michael McCartney client file (2013) | CAAIR.C 002067-002144 | RFP NO. 30 | 5/16/18 | No |
| Terry McCracken client file | CAAIR.C 002145-002197 | RFP NO. 30 | 5/16/18 | No |
| Brandon Mills client file | CAAIR.C 002198-002293 | RFP NO. 30 | 5/16/18 | No |
| Lucas Miller-Allen client file | CAAIR.C 002294-002398 | RFP NO. 30 | 5/16/18 | No |
| Clinton Meyer client file | CAAIR.C 002399-002433 | RFP NO. 30 | 5/16/18 | No |
| James McMillan client file | CAAIR.C 002434-002463 | RFP NO. 30 | 5/16/18 | No |
| Bradley McGahey client file | CAAIR.C 002464-002501 | RFP NO. 30 | 5/16/18 | No |
| Jason Miqueli client file | CAAIR.C 002502-002557 | RFP NO. 30 | 5/16/18 | No |
| Dwayne Moss client file | CAAIR.C 002558-002618 | RFP NO. 30 | 5/16/18 | No |
| Robert Nashert client file | CAAIR.C 002619-002651 | RFP NO. 30 | 5/16/18 | No |
| Joshua Newburn client file | CAAIR.C 002652-002727 | RFP NO. 30 | 5/16/18 | No |
| Bobby Nichols client file | CAAIR.C 002728-002809 | RFP NO. 30 | 5/16/18 | No |
| Shane O'Neal client file | CAAIR.C 002810-002890 | RFP NO. 30 | 5/16/18 | No |
| DeUndra Woodard client file | CAAIR.C 002891-002955 | RFP NO. 30 | 5/16/18 | No |
| James Wolfe client file | CAAIR.C 002956-002986 | RFP NO. 30 | 5/16/18 | No |
| Daniel West client file | CAAIR.C 002987-003068 | RFP NO. 30 | 5/16/18 | No |
| Michael Welge client file | CAAIR.C 003069-003124 | RFP NO. 30 | 5/16/18 | No |
| Jerry Wall client file | CAAIR.C 003125-003155 | RFP NO. 30 | 5/16/18 | No |
| Jason Vallandingham client file | CAAIR.C 003156-003182 | RFP NO. 30 | 5/16/18 | No |
| Nathan Turner client file | CAAIR.C 003183-003269 | RFP NO. 30 | 5/16/18 | No |
| Nathan Taylor client file | CAAIR.C 003270-003317 | RFP NO. 30 | 5/16/18 | No |
| Titus Staton client file | CAAIR.C 003318-003355 | RFP NO. 30 | 5/16/18 | No |
| Bodhi Starns client file | CAAIR.C 003356-003421 | RFP NO. 30 | 5/16/18 | No |

| DESCRIPTION | BATES NO. | RESPONSIVE TO INT/RFP NO. | DATE PRODUCED | CONFIDENTIAL |
|---|---|---|---|---|
| David B. Spurgin client file | CAAIR.C 003422-003497 | RFP NO. 30 | 5/16/18 | No |
| Austin Smith client file | CAAIR.C 003498-003544 | RFP NO. 30 | 5/16/18 | No |
| Gilbert Sanders Jr. client file | CAAIR.C 003545-003581 | RFP NO. 30 | 5/16/18 | No |
| Kevin Robison client file | CAAIR.C 003582-003623 | RFP NO. 30 | 5/16/18 | No |
| Thomas Rico client file | CAAIR.C 003624-003695 | RFP NO. 30 | 5/16/18 | No |
| Charles Rickman client file | CAAIR.C 003696-003779 | RFP NO. 30 | 5/16/18 | No |
| Brian Pearson client file (2014) | CAAIR.C 003780-003804 | RFP NO. 30 | 5/16/18 | No |
| Brian Pearson client file (2015) | CAAIR.C 003805-003830 | RFP NO. 30 | 5/16/18 | No |
| Michael Wyche client file | CAAIR.C 003831-003902 | RFP NO. 30 | 5/16/18 | No |
| Travis Owens client file | CAAIR.C 003903-003964 | RFP NO. 30 | 5/16/18 | No |