| **From:** | Randy Long <rlong@rhodesokla.com> |
| **Sent:** | Wednesday, May 16, 2018 1:49 PM |
| **To:** | CAJ; Denelda L. Richardson |
| **Cc:** | David Warta; BAR; Camie A. Hayes; HVR; RAS; RWLM; Amy Gioletti; Brady Henderson; NJD; Michael P. Robertson; Loren Delluomo; Chris S. Thruthley |
| **Subject:** | RE: Copeland v. CAAIR |

That's fine, Carey.  We will calendar those due dates.

What is the status of the documents to be produced by the plaintiffs who have served responses?



**Randall E. Long**
**Rhodes Hieronymus Jones Tucker & Gable, PLLC**
Mailing:  P.O. Box 21100, Tulsa, OK 74121-1100
Physical address: 2  W. 2nd St., #1000, Tulsa, OK 74103
Telephone: 918-582-1173
Fax: 918-592-3390
rlong@rhodesokla.com
www.rhodesokla.com

CONFIDENTIALITY NOTICE:  This e-mail message, including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.  If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** Carey James [mailto:caj@asmlawyers.com]
**Sent:** Wednesday, May 16, 2018 1:24 PM
**To:** Denelda L. Richardson; Randy Long
**Cc:** David Warta; BAR; Camie A. Hayes; HVR; RAS; RWLM; Amy Gioletti; Brady Henderson; NJD
**Subject:** Copeland v. CAAIR

Hi, Denelda and Randy.

I write regarding the 38 sets of discovery requests served by CAAIR on June 1.

I would like to request that plaintiffs respond to these requests in stages as set forth below, and that the responses for Alexander, MacKay, Miller-Allen, and Miqueli be incorporated into this schedule as follows:

1.  Plaintiffs will serve 10 responses on **July 2**;

2.  Plaintiffs will serve 10 responses on **July 16**;

3.  Plaintiffs will serve 10 responses on **July 30**; and

4.  Plaintiffs will serve 12 responses on **August 13**.

Does this work for you?  Please let me know.

Thanks,

Carey



**PLAINTIFF'S EXHIBIT**
7

--

Carey A. James
Aiman-Smith & Marcy
7677 Oakport Street, Suite 1150
Oakland, CA 94621
510-817-2658
http://www.asmlawyers.com