# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ARTHUR COPELAND, individually and on behalf of all others similarly situated; et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>(1) C.A.A.I.R., INC., a domestic not for profit corporation; et al., )<br><br>Defendants. ) | Case No.: 17-CV-564-TCK-JFJ<br><br>ATTORNEY LIEN CLAIMED |

## **ATTORNEY'S LIEN FOR FEES AND COSTS**

COMES NOW Donald E. Smolen, II and the law firm of Smolen Law, PLLC, and pursuant to OKLA. STAT. Tit. 5, sections 6 and 7, advises all parties hereto of the attorney lien asserted for services rendered and costs expended in the above-referenced matter.

Respectfully submitted,



/s/ Donald E. Smolen, II
Donald E. Smolen, II  (OBA# 19944)
611 S. Detroit Ave.
Tulsa, OK 74120
don@smolen.law
(918) 777-4529 (Phone)
(918) 890-4529 (Fax)
www.smolen.law

## **CERTIFICATE OF MAILING**

      I, the undersigned, hereby certify that on the 5th day of February, 2019, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

      /s/ Donald E. Smolen, II
      Donald E. Smolen, II

      I hereby certify that on this 5th day of February, 2019, I caused a true and correct copy of the above and foregoing document to be sent, postage prepaid, to the following:

Daniel Smolen
Oleg Roytman
701 S. Cincinnati Ave.
Tulsa, OK 74119

      /s/ Donald E. Smolen, II
      Donald E. Smolen, II