# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARTHUR COPELAND, individually and on behalf of all others similarly situated, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>C.A.A.I.R., INC., *et al.*<br><br>Defendants. | Case No. 17-CV-00564-TCK-JFJ<br><br>**ATTORNEY LIEN CLAIMED** |

## ATTORNEY'S LIEN FOR FEES AND COSTS

Comes now Carey A. James and the law firm of Aiman-Smith & Marcy, PC, pursuant to Okla. Stat. Tit. 5, sections 6 and 7, and advises all parties hereto of the attorney lien asserted for services rendered and costs expended in the above-referenced matter.

Respectfully Submitted,

**AIMAN-SMITH & MARCY**

*Carey A. James*

Carey A. James, CA Bar No. 269270*
Randall B. Aiman-Smith, CA Bar No.124599*
Reed W.L. Marcy, CA Bar No. 191531*
Hallie Von Rock, CA Bar No. 233152*
Brent A. Robinson, CA Bar No. 289373*
7677 Oakport St. Suite 1150
Oakland, CA 94621
Phone (510) 817-2711
Fax (510) 562-6830
Attorney for Plaintiffs, and all others similarly situated
*Admitted pro hac vice

1

## CERTIFICATE OF SERVICE AND MAILING

I, the undersigned, hereby certify that on the 16th day of September, 2019, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

*Carey A. James*

_____
Carey A. James

I hereby certify that on this 16th day of September, 2019, I caused a true and correct copy of the above and foregoing document to be sent, postage paid, to the following:

| | |
|---|---|
| Daniel E. Smolen<br>Donald Smolen<br>David Arthur Warta<br>Robert Murray Blakemore<br>Smolen Smolen & Roytman PLLC<br>701 S Cincinnati Ave<br>Tulsa, OK 74119 | Megan Elizabeth Lambert<br>ACLU of Oklahoma Foundation<br>P.O. Box 1626<br>Oklahoma City, OK 73101 |
| Christopher S. Thrutchley<br>John David Russell<br>Justin Andrew Lollman<br>Philip D. Hixon<br>Gable & Gotwals (Tulsa)<br>100 W 5th St Ste 1100<br>Tulsa, OK 74103-4217 | Amy M. Stipe<br>Gable Gotwals (OKC)<br>211 N Robinson Ste 1500<br>Oklahoma City, OK 73102-7101 |
| Randall Edwin Long<br>Denelda Richardson<br>Michael Patrick Robertson<br>Rhodes Hieronymus Jones Tucker & Gable PLLC<br>P.O. Box 21100<br>Tulsa, OK 74103 | John R. Elrod<br>Conner & Winters PLLC<br>4375 N Vantage Dr Ste 405<br>Fayetteville, AR 72703 |
| Nicholas James Foster<br>Smiling Smiling & Burgess<br>9175 S. Yale Avenue, Ste. 300<br>Tulsa, OK  74137-4043 | |

*Carey A. James*

_____
Carey A. James

3