IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ARTHUR COPELAND, et al.,** | |
| Plaintiffs, | |
| v. | Case No. 17-CV-564-JFH-JFJ |
| **C.A.A.I.R., INC.,** a not-for-profit corporation, **et al.,** | |
| Defendants. | |

### DEFENDANTS' JOINT SUBMISSION OF THE PARTIES' WRITTEN CORRESPONDENCE REGARDING NEGOTIATIONS OF PARAGRAPH 2 OF THE COURT'S CLASS CERTIFICATION SCHEDULING ORDER

During the July 27, 2020 hearing on Plaintiffs' *Motion to Extend* (Dkt. #181), the Court directed Defendants to submit the parties' written correspondence regarding negotiations of paragraph 2 of the Court's agreed *Class Certification Scheduling Order* (Dkt. #163). That correspondence is attached to this filing, in the (chronological) order set forth below. For context, in addition to this written correspondence, the parties held three meet-and-confer calls: the first on February 14, 2020, the second on March 4, 2020, and the third on March 11, 2020.

| Ex. # | Description | Page |
|---|---|---|
| 1 | Chris S. Thrutchley's March 5, 2020 email to Plaintiffs' counsel | 1 |
| 2 | Mark Smith's March 6, 2020 email to Defendants' counsel[1] | 1 |
| | Attachment #1—Plaintiffs' draft *Motion to Amend* and proposed *Class Certification Scheduling Order* (together as one document) | 4 |

---

[1] Attachment #2 to Mark Smith's March 6 email contained an early draft of Plaintiffs' proposed *Third Amended Complaint*. Given the document's size and the fact that it does not include any information regarding paragraph 2 of the *Scheduling Order*, Defendants have omitted the attachment from this *Submission*. If the Court would like to see the attachment, Defendants are happy to submit it.

|  |  | Attachment #3—Draft *Joint Motion for Class Certification Scheduling Order* and proposed *Class Certification Scheduling Order* (together as one document)[2] | 10 |
|---|---|---|---|
|  | 3 | Chris S. Thrutchley's March 10, 2020 letter to Plaintiffs' counsel | 1 |
|  | 4 | Mark Smith's March 10, 2020 email to Defendants' counsel | 1 |
|  |  | Attachment #1—Draft *Joint Motion for Class Certification Scheduling Order* and proposed *Class Certification Scheduling Order* (together as one document) | 5 |
|  |  | Attachment #2—Plaintiffs' draft *Motion to Amend* | 11 |
|  | 5 | Mark Smith's March 11, 2020 email to Defendants' counsel | 1 |
|  |  | Attachment #1—Mark Smith's March 11, 2020 letter to Defendants' counsel | 5 |
|  | 6 | Chris S. Thrutchley's March 12, 2020 email to Plaintiffs' counsel | 1 |
|  |  | Attachment #1—Plaintiffs' draft *Motion to Amend* | 6 |
|  |  | Attachment #2—Redline of draft *Joint Motion for Class Certification Scheduling Order* and proposed *Class Certification Scheduling Order* (together as one document) | 12 |
|  | 7 | Mark Smith's March 12, 2020 email to Defendants' counsel[3] | 1 |
|  |  | Attachment #1—Redline of Plaintiffs' draft *Motion to Amend* | 6 |
|  |  | Attachment #3—Plaintiffs' final *Motion to Amend* | 14 |
|  |  | Attachment #4—Proposed *Class Certification Scheduling Order* (Ex. 1 to Plaintiffs' *Motion to Amend*) | 21 |
|  |  | Attachment #5—Final *Joint Motion for Class Certification Scheduling Order* | 25 |
|  | 8 | Justin Lollman's March 12, 2020 email to Plaintiffs' counsel | 1 |
|  | 9 | Randy Long's March 12, 2020 email to Plaintiffs' counsel | 1 |

---

[2] Mark Smith's March 6, 2020 email included two drafts of the proposed *Class Certification Scheduling Order*: (i) one in the first attachment, immediately following Plaintiff's draft *Motion to Amend*, *see* Ex. 2 at 8–9, and (ii) the other in the second attachment, immediately following the draft *Joint Motion for Class Certification Scheduling Order*, *see* Ex. 2 at 14–15. The draft proposed orders contain different deadlines.

[3] Attachment #2 to Mark Smith's March 12 email contained a copy of the transcript from the Court's February 10 scheduling conference, which Plaintiffs planned to attach as an exhibit to their *Motion to Amend*. Attachment #6 to that email contained a final draft of Plaintiffs' proposed *Third Amended Complaint*, which Plaintiffs planned to attach as an exhibit to their *Motion to Amend*. Given the size of these documents and the fact that they do not include any information regarding paragraph 2 of the *Scheduling Order*, Defendants have omitted the attachments from this *Submission*. If the Court would like to see these attachments, Defendants are happy to submit them.

Respectfully submitted,

*/s/ Randall E. Long* (signed with permission)
Denelda L. Richardson, OBA No. 20103
Randall E. Long, OBA No. 22216
Nicholas J. Foster, OBA No. 33081
**Rhodes Heironymus Jones Tucker & Gable, PLLC**
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
Telephone: 918-582.1173
Facsimile: 918.592.3390
*drichardson@rhodesokla.com*
*rlong@rhodesokla.com*
*nfoster@rhodesokla.com*

**Counsel for Defendants CAAIR, Inc., Janet Wilkerson, Don Wilkerson, and Jim Lovell**

*/s/ Christopher S. Thrutchley*
Christopher S. Thrutchley, OBA No. 15859
John D. Russell, OBA No. 13343
Philip D. Hixon, OBA No. 19121
Justin A. Lollman, OBA No. 32051
**GableGotwals**
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217
Telephone: 918.595.4800
Facsimile: 918.595.4990
*cthrutchley@gablelaw.com*
*jrussell@gablelaw.com*
*phixon@gablelaw.com*
*jlollman@gablelaw.com*

-and-

Amy M. Stipe, OBA No. 18361
**GableGotwals**
One Leadership Square, Suite 1500
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: 405.235.5500
Facsimile: 405.235.2875
*astipe@gablelaw.com*

**Counsel for Defendants Simmons Foods, Inc. and Simmons Pet Food Inc.**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of July 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of the Electronic Filing to the following ECF registrants:

Daniel E. Smolen—*danielsmolen@ssrok.com*
David A. Warta—*davidwarta@ssrok.com*
Robert M. Blakemore—*bobblakemore@ssrok.com*
Megan E. Lambert—*mlambert@acluok.org*
**Counsel for Plaintiffs**
Denelda Richardson— *drichardsoncourts@rhodesokla.com*
Randall Edwin Long—*rlong@rhodesokla.com*
Nicholas J. Foster—*nfoster@rhodesokla.com*
**Counsel for Defendants,**
**C.A.A.I.R. Inc., Janet Wilkerson,**
**Don Wilkerson, and Jim Lovell**

                                         */s/Christopher S. Thrutchley*
                                         Christopher S. Thrutchley