IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARTHUR COPELAND, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No 17-CV-564-TCK-JFJ |
| | ) |
| C.A.A.I.R., a not-for-profit Corporation, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Order granting the Defendants' Joint Motion to Dismiss (Doc. No. 131) entered the 10th day of December, 2020, the Court enters judgment for the Defendants and against the Plaintiffs.

**IT IS SO ORDERED this 10th day of December, 2020.**

*/s/ Terence Kern*
**TERENCE KERN**
**United States District Judge**