IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ARTHUR COPELAND,** et al., | |
| Plaintiffs, | |
| v. | Case No. 17-CV-564-TCK-JFJ |
| **C.A.A.I.R., INC., a not-for-profit corporation,** et al., | |
| Defendants. | |

**DEFENDANTS' NOTICE TO COURT ON REMAND OF DEFENDANTS' PENDING MOTION TO DISMISS WITH PREJUDICE CERTAIN PLAINTIFFS FOR NONCOMPLIANCE WITH THE COURT'S CLASS CERTIFICATION SCHEDULING ORDER**

On December 10, 2020, the Court granted Defendants' *Joint Motion to Dismiss* and entered judgment for Defendants. *See* Doc. Nos. 237, 238. Plaintiffs appealed. On May 1, 2023, the United States Court of Appeals for the Tenth Circuit vacated the judgment and remanded. *See Copeland v. C.A.A.I.R.*, No. 21-5024, 2023 WL 3166345 (10th Cir. May 1, 2023) (unpublished). The Court issued its mandate on May 23, 2023. *See* No. 21-5024, Doc. No. 11000988.

Prior to this Court's dismissal and judgment for Defendants, Magistrate Judge Jodi Jayne denied Plaintiffs' *Motion to Extend Deadline to Fully Comply with Their Discovery Obligations* (Doc. No. 181) and directed Defendants to "file a motion seeking" dismissal of Plaintiffs "deemed non-compliant with the terms of the CCSO [Class Certification Scheduling Order]." Doc. No. 219 at 14.[1] Defendants filed their *Motion to Dismiss* 54 of the 55 plaintiffs for being noncompliant with the

---

[1] Judge Jayne's order notes Plaintiffs' counsel conceded "dismissal was proper" for six Plaintiffs. *See* Doc. No. 219 at 9.

{S640776;3}

CCSO. Doc. No. 220.[2] Defendants moved to dismiss those Plaintiffs with prejudice, as required under the CCSO. *Id.*; DOC No. 163.

Defendants' *Motion to Dismiss* has been fully briefed and is ripe for resolution. *See* Doc. Nos. 223, 226. As the Tenth Circuit has remanded this case, there is no longer any jurisdictional impediment to the Court considering and granting Defendants' *Motion to Dismiss*.

---

[2] At the time of the Court's judgment, there were fifty-five Plaintiffs in this suit. However, two Plaintiffs – Dexter Mackay and Gilbert Sanders – did not appeal the judgment. *See Copeland*, 2023 WL 3166345, at *2 n.4. Accordingly, only fifty-three Plaintiffs remain parties and subject to dismissal for noncompliance with the CCSO.

Respectfully submitted,

| | |
|---|---|
| */s/ Randall E. Long* (signed with permission) | */s/ Justin A. Lollman* |
| Denelda L. Richardson, OBA No. 20103 | Christopher S. Thrutchley, OBA No. 15859 |
| Randall E. Long, OBA No. 22216 | John D. Russell, OBA No. 13343 |
| Nicholas J. Foster, OBA No. 33081 | Philip D. Hixon, OBA No. 19121 |
| RHODES HEIRONYMUS JONES | Justin A. Lollman, OBA No. 32051 |
|    TUCKER & GABLE, PLLC | GABLEGOTWALS |
| P.O. Box 21100 | 1100 ONEOK Plaza |
| Tulsa, Oklahoma 74121-1100 | 100 West Fifth Street |
| Telephone: 918-582.1173 | Tulsa, Oklahoma 74103-4217 |
| Facsimile: 918.592.3390 | Telephone: 918.595.4800 |
| *drichardson@rhodesokla.com* | Facsimile: 918.595.4990 |
| *rlong@rhodesokla.com* | *cthrutchley@gablelaw.com* |
| *nfoster@rhodesokla.com* | *jrussell@gablelaw.com* |
| | *phixon@gablelaw.com* |
| COUNSEL FOR DEFENDANTS | *jlollman@gablelaw.com* |
| C.A.A.I.R, INC., JANET WILKERSON, | |
| AND DON WILKERSON | -and- |
| | Amy M. Stipe, OBA No. 18361 |
| | GABLEGOTWALS |
| | One Leadership Square, Suite 1500 |
| | 211 North Robinson Avenue |
| | Oklahoma City, Oklahoma 73102 |
| | Telephone: 405.235.5500 |
| | Facsimile: 405.235.2875 |
| | *astipe@gablelaw.com* |
| | |
| | COUNSEL FOR DEFENDANTS |
| | SIMMONS FOODS, INC. AND |
| | SIMMONS PET FOOD INC. |

## CERTIFICATE OF SERVICE

 I hereby certify that on 23 May 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of the Electronic Filing to the following ECF registrants:

Daniel E. Smolen—*danielsmolen@ssrok.com*
David A. Warta—*davidwarta@ssrok.com*
Robert M. Blakemore—*bobblakemore@ssrok.com*
Mark Smith—*msmith@carusolawfirm.com*
Dennis Caruso—*dcaruso@carusolawfirm.com*
Megan E. Lambert—*mlambert@acluok.org*

Counsel for Plaintiffs

Denelda Richardson— *drichardsoncourts@rhodesokla.com*
Randall Edwin Long—*rlong@rhodesokla.com*
Nicholas J. Foster—*nfoster@rhodesokla.com*

Counsel for Defendants,
C.A.A.I.R. Inc., Janet Wilkerson,
Don Wilkerson, and Jim Lovell

                */s/ Justin A. Lollman*
                Justin A. Lollman